IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GARY PIERCE, | § | |
| | § | |
| Defendant Below- | § | No. 350, 2016 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 0407019516 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: September 27, 2016
Decided: November 16, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## **O R D E R**

This 16th day of November 2016, the Court has carefully considered the appellant Gary Pierce's opening brief, the State's motion to affirm, Pierce's response to the State's motion, and the record on appeal. We find it apparent that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated June 10, 2016. Pierce's fifth postconviction motion was procedurally barred by Superior Court Criminal Rule 61(i)(1), (i)(2), (i)(3), and (i)(4). Pierce failed to overcome the procedural hurdles by pleading with particularity either that: (i) new evidence exists creating a strong inference that he is actually innocent; or (ii) a new, retroactively applicable rule of constitutional law renders his conviction invalid.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice